# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB CHRISTINE,<br>    *Plaintiff*,<br>        v.<br>JASON ROSATI, *et al.*,<br>    *Defendants*. | CIVIL ACTION<br><br>No. 13-1241 |

## O R D E R

**AND NOW**, this 30th day of September, 2014, upon consideration Plaintiff's Motion for Waiver and Return of Federal Filing Fee (Docket No. 62), it is hereby **ORDERED** that Plaintiff's Motion (Docket No. 62) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE